## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**HOSAN AZOMANI,**                                                                   **PLAINTIFF,**

**VS.**                                                          **CIVIL ACTION NO. 4:07CV18-P-B**

**RAY HUMPHREYS, CEO AND**
**DELTA REGIONAL MEDICAL**
**CENTER,**                                                                           **DEFENDANTS.**

### ORDER

This matter having come for hearing before the Court on Plaintiff's motion for a Temporary Restraining Order, and the Court having been advised of the premises, Orders as follows:

Within twenty four (24) hours from the conclusion of the hearing on this matter, Plaintiff will have a full copy of his medical records, spanning the dates December 21, 2006 through January 5, 2007, delivered directly by facsimile from Plaintiff's physician, Dr. Arnold Eko to Defendant Delta Regional Medical Center ("DRMC"). Dr. Eko is also to send by facsimile a letter stating his diagnosis and prognosis of Plaintiff during the aforementioned period, and a statement that Plaintiff is physically and/or mentally capable of returning to full medical staff privileges.

Upon receipt of the aforementioned medical records and letter from Dr. Eko, DRMC's Medical Executive Committee ("MEC") will initiate an immediate review of the materials with regard to the termination of Plaintiff's medical leave of absence and the reinstatement of Plaintiff's Medical Staff privileges. The MEC will announce its decision to Plaintiff and/or Plaintiff's counsel in a private communication.

All others matters relating to this case are to be continued, if necessary, to a date to be determined by the Court for a trial on the merits. Prior to such a trial on the merits, the Defendants

1

shall timely respond to Plaintiff's Verified Complaint and all issues before the Court in this matter shall be fully briefed by all parties.

**SO ORDERED** this the 5th day of February, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE